No. 831. FLEMING ET AL., TRUSTEES, *v.* OKLAHOMA TAX COMMISSION. March 3, 1947. 329 U. S. 812.

No. 52. EVERSON *v.* BOARD OF EDUCATION OF THE TOWNSHIP OF EWING ET AL. March 10, 1947.

No. 832. TINKOFF ET AL. *v.* GOLD, TRUSTEE, ET AL. March 10, 1947.

No. 706. SMALL *v.* MARTIN, WARDEN. March 10, 1947. Leave to file a second petition for rehearing is denied.

No. 825. LADD ET AL. *v.* BRICKLEY, TRUSTEE, ET AL. March 10, 1947. MR. JUSTICE DOUGLAS and MR. JUSTICE MURPHY took no part in the consideration or decision of this application.

No. 854. CAMPA *v.* UNITED STATES. March 10, 1947. The application for a stay is also denied.

No. 553. CARTNER *v.* NEW YORK. March 17, 1947. 329 U. S. 776.

No. 804. MERTIG *v.* NEW YORK. March 17, 1947.

No. 805. ELMHURST *v.* NEW YORK. March 17, 1947.

No. 269, October Term, 1945. SABIN ET AL. *v.* HOME OWNERS' LOAN CORP. ET AL.; and